FILED
2013 Feb-11  AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| VS. | ) | 2:12-cr-463-JHH-JEO |
| BENJAMIN TODD ACTON | ) | |

## ORDER

On December 23, 2013 Magistrate Judge Ott submitted to the court his January 23, 2013 Report and Recommendation (doc. #19) with respect to the pending motion (doc. #12) to suppress. Either party had until February 6, 2013 to file an objection thereto and none has been filed by either party. The court has fully considered the Report and Recommendation and fully **ADOPTS** and **ACCEPTS** the thorough contents therein. Based thereon, the December 28, 2012 motion (doc. #12) of defendant to suppress is **DENIED**.

DONE this the 11th day of February, 2013.

_____
SENIOR UNITED STATES DISTRICT JUDGE